JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 336 -- IN RE ORTHO PHARMACEUTICAL "LIPPES LOOP" PRODUCTS LIABILITY LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/13/78 | | ORDER TO SHOW CAUSE -- Why A-1 through A-5 should not be transferred to one district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. (cds) |
| 1/23/78 | 1 | RESPONSE TO ORDER TO SHOW CAUSE -- Defendant Ortho Pharmaceuticals w/cert. of svc. (ea) |
| 1/23/78 | 2 | RESPONSE TO ORDER TO SHOW CAUSE -- Plaintiff Carolyn Noble w/cert. of service. (ea) |
| 1/24/78 | | APPEARANCES -- JEFFREY N. SHILLMAN, ESQ. for Nancy Owens (A-2)  WILLIAM H. CARPENTER, ESQ. for Carolyn Noble (A-4)  JAMES N. PENROD, ESQ. for Robt. Livingston, M/D and Metropolitan Medical Association  EDWARD W. MADEIRA, JR., ESQ. for Ortho Phamaceutical Corp. |
| 1/30/78 | 3 | RESPONSE TO ORDER TO SHOW CAUSE -- Plaintiff Agatha and Raymond Guzzo w/cert. of service (emh) |
| 1/30/78 | 4 | RESPONSE--BRIEF-- Plaintiff Nancy Owens w/cert. of service (emh) |
| 1/30/78 | 5 | RESPONSE TO ORDER TO SHOW CAUSE -- Defendant Ortho Pharmaceutical Corporation w/cert. of service (emh) |
| 1/31/78 | 6 | RESPONSE TO ORDER TO SHOW CAUSE -- Plaintiff Richard and Susan Lyman w/cert. of service (emh) |
| 2/3/78 | | HEARING ORDER - Setting A-1 thru A-5 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/22/78 | | WAIVER OF ORAL ARGUMENT FOR 2/24/78 HEARING -- Nancy Owens by Jeffrey N. Shillman, Esquire; Guzzo by James N. Penrod, Esquire; Susan Lyman by John J. McCarty, Esq.; Noble by William H. Carpenter; |
| 3/28/78 | | OPINION AND ORDER--denying transfer of litigation. (ea) A-1 thru A-5. |

DOCKET NO. 336 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ORTHO PHARMACEUTICAL "LIPPES LOOP" PRODUCTS LIABILITY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) Feb. 24, 1978

Consolidation Ordered _____    Consolidation Denied Mar. 28, 1978

Opinion and/or Order 3/28/78

Citation 447 F.Supp. 1073

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Richard and Susan Lyman v. Ortho Pharmaceutical Corp. | M.D.Pa. Herman | 77-18 | | | | 3/28/78 |
| A-2 | Nancy Owens v. Ortho Pharmaceutical Corp. | E.D.Mich Feikens | 77-1536 | | | | 3/28/78 |
| A-3 | Rebecca and Luis Bodmer v. Ortho Pharmaceuticals, etc. | S.D.Tex Seals | H-77-839 | | | | 3/28/78 |
| A-4 | Carolyn Noble v. Ortho Pharmaceutical Co., Inc., et al. | D.N.Mex. Bratton | 77-306-B | | | | 3/28/78 |
| A-5 | Agatha and Raymond Guzzo v. Ortho Pharmaceutical Corp., et al. (NEWARK) | ~~N.D.Cal.~~ ~~Weigel~~ D.N.J. Biunno | ~~C76-2708SAW~~ 78-162 | | | | 3/28/78 |
| | NOT CONSIDERED BY PANEL | | | | | | |
| B-1 | Harold F. & Marian E. Babb v. Ortho Pharmaceutical Corp. | Mass. | 78-0553-MA | | | | |
| B-2 | Rita J. Grover v. Ortho Pharmaceutical Corp., et al. | D. Kansas | 78-2145 | | | | |
| B-3 | Williams v. Ortho Pharmaceutical Corp., et al. | D. Conn | N79-50 | | | | added 2/79 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 336 -- IN RE ORTHO PHARMACEUTICAL "LIPPES LOOP" PRODUCTS LIABILITY LITIGATION

---

RICHARD AND SUSAN LYMAN (A-1)
John J. McCarthy, Esquire
Raynes, McCarthy & Binder
1845 Walnut Street
Philadelphia, Penna.  19103

NANCY OWENS (A-2)
Jeffrey N. Shillman, Esquire
Sommers, Schwartz, Silver
  & Schwartz
1800 Travelers Tower
26555 Evergreen Road
Southfield, Michigan  48076

REBECCA SUE BODMER (A-3)
Robert F. Stein, Esquire
Jamail and Gano
3300 One Allen Center
Houston, Texas  77002

CAROLYN NOBLE (A-4)
William H. Carpenter, Esquire
509 Roma, N.W.
Albuquerque, New Mexico  87102

AGATHA AND RAYMOND GUZZO (A-5)
Michael Freidman, Esq.
Conklin, Davids & Friedman
1200 Gough Street, Suite 9
P.O. Box 99406
San Francisco, Ca.  94109

ORTHO PHARMACEUTICAL CORP.
Edward W. Madeira, Jr., Esquire
Pepper, Hamilton & Scheetz
123 S. Broad Street
Philadelphia, Penna.  19109

---

ROBERT LIVINGSTON, M.D.
METROPOLITAN MEDICAL ASSOCIATION
James N. Penrod, Esquire
Hassard, Bonnington,
  Rogers & Huber
44 Montgomery Street
Suite 3500
San Francisco, Calif.  94104